United States District Court
Southern District of Texas
**ENTERED**
August 30, 2021
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| JENNIFER EMOKPAIRE, LOREAL BRYANT, ALEXA EMOKPAIRE, BENJAMIN EMOKPAIRE AND NAOMI EMOKPAIRE <br><br> Plaintiffs <br><br> V. <br><br> FIESTA MART, LLC, <br><br> Defendant. | § § § § § § § § § § § § § § § CIVIL ACTION NO. 4:20-CV-02341 |

## ORDER GRANTING JOINT MOTION TO DISMISS ACTION PURSUANT TO SETTLEMENT

On **Aug 30, 2021**, the Court considered the Joint Motion to Dismiss Action Pursuant to Settlement and the Court finds that the motion should be **GRANTED**.

**IT IS, THEREFORE, ORDERED** that this cause is dismissed with prejudice s to Plaintiffs' claims against **FIESTA MART, LLC** with prejudice, with costs to be borne by the party incurring them.

SIGNED on **Aug 30**, 2021.

_____
JUDGE PRESIDING

47463803v.1